USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/3/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Walter Arnstein, Inc., d/b/a The Natural Sapphire Company,
Plaintiff,

-v-

Transpacific Software Pvt. Ltd., Prashant Telang,
Defendants.

11 Civ. 5079 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

WHEREAS this case was recently transferred to the undersigned, it is hereby ORDERED that **the status conference previously set for July 23, 2012 at 9:00 AM is ADJOURNED.**

IT IS FURTHER ORDERED that the Plaintiff provide the Court with a status letter by **Thursday, May 3, 2012**. This letter should address Plaintiff's efforts to serve Defendants. Counsel are further directed to review the Court's Individual Practices (available at the Court's website, http://nysd.uscourts.gov/judge/Nathan).

Dated: Feb. 3, 2012
New York, New York

ALISON J. NATHAN
United States District Judge