```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAR 28 2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
Walter Arnstein, Inc., d/b/a The Natural Sapphire :
Company, :
                      Plaintiff, :      11 Civ. 5079 (AJN)
:
        -v-                                            :      ORDER
:
Transpacific Software Pvt. Ltd. and :
Prashant Telang, :
                      Defendants. :
:
-------------------------------------------------------------------X

ALISON J. NATHAN, District Judge:

      Defendant Prashant Telang submitted a notice of appearance to appear *pro se* in the above captioned matter. Together with his notice of appearance, Mr. Telang submitted an answer to the Amended Complaint filed by Plaintiff. It appears that Mr. Telang has attempted to answer not only on his own behalf, but also on behalf of the corporate defendant, Transpacific Software Pvt. Ltd. However, a corporation cannot proceed *pro se* because it is not a "person" within the meaning of 28 U.S.C. § 1654. See <u>Jones v. Niagara Frontier Transp. Auth.</u>, 722 F.2d 20, 22 (2d Cir. 1983). For this reason, the Answer and related exhibits submitted by Mr. Telang are accepted <u>only on behalf of Mr. Telang</u>. Should Transpacific Software Pvt. Ltd. choose to answer or otherwise respond to the Amended Complaint, it must first secure legal counsel.

SO ORDERED.

Dated: March 28, 2012
       New York, New York

                                                              _____
                                                              ALISON J. NATHAN
                                                           United States District Judge