USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 17 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Walter Arnstein, Inc., d/b/a The Natural Sapphire Company,
Plaintiff,

-v-

Transpacific Software Pvt. Ltd. and Prashant Telang,
Defendants.

11 Civ. 5079 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court will hold an initial pretrial conference in this case on **June 22, 2012** at **9:30 AM**. The purpose of the conference is to discuss settlement, any possible motions the parties may wish to make, and the schedule for discovery. Parties should come with a detailed list of discovery needed and a proposed schedule for discovery. Because Defendant Telang is proceeding in this case *pro se* and appears to reside in India, this conference will be conducted by telephone. Mr. Telang and counsel for Plaintiff are directed to arrange a conference call whereby both counsel and Mr. Telang can jointly call Chambers for the conference.

If either party cannot attend the conference at the time and date specified above, a schedule change must be promptly requested in writing, copy to the other parties. The request must (a) specify the reasons why you cannot attend, (b) state whether the other parties have consented to a change in the conference date, and (c) list alternative dates and times on subsequent when all parties are available to appear. Unless all parties are notified that the conference date has been changed, it will be held as scheduled.

Mr. Telang and counsel for Plaintiff have indicated that there is a dispute surrounding whether or not Defendant Transpacific Software Pvt. Ltd. has been properly served. Mr. Telang is reminded that as a corporation, Transpacific cannot proceed in this action *pro se* and must instead retain counsel if it intends to participate in this action in any way, including contesting the sufficiency of service of process. Counsel for Plaintiff is instructed that it bears the burden of proving that service was properly effected under applicable law and that the sufficiency of service of process is not properly before the Court absent the filing of a motion.

SO ORDERED.

Dated: May 17, 2012
New York, New York

ALISON J. NATHAN
United States District Judge

COPIES MAILED
TO ~~COUNSEL~~ PRO SE PARTY OF RECORD ON 5/17/12