USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 25 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Walter Arnstein, Inc., d/b/a The Natural Sapphire Company,
Plaintiff,

-v-

Transpacific Software Pvt. Ltd. and Prashant Telang,
Defendants.

---

11 Civ. 5079 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The initial pretrial conference in this case has been RESET to **June 26, 2012** at **11:30 AM**. Because Defendant Telang is proceeding in this case *pro se* and appears to reside in India, this conference will be conducted by telephone. Mr. Telang and counsel for Plaintiff are directed to arrange a conference call whereby both counsel and Mr. Telang can jointly call Chambers for the conference.

SO ORDERED.

Dated: June 25, 2012
New York, New York

ALISON J. NATHAN
United States District Judge

COPIES MAILED
TO ~~COUNSEL~~ OF RECORD ON 6/25/12
PRO SE PARTY