UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WALTER ARNSTEIN, INC. d/b/a THE NATURAL SAPPHIRE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TRANSPACIFIC SOFTWARE PVT LTD, and PRASHANT TELANG,<br><br>Defendants. | Case No. 11 CV 5079 (RMB) |

## ATTORNEY AFFIRMATION OF SERVICE

Michelle C. Morris hereby affirms the following under penalty of perjury:

I am an attorney duly licensed to practice law in the State of New York. I am counsel to Plaintiff Walter Arnstein d/b/a/ The Natural Sapphire Company ("Plaintiff"). On June 29, 2012, using the Court's CM/ECF system, I caused the following documents to be filed: Notice of Motion for Plaintiff's Motion for a Finding that Service has Been Effected Upon Defendant Transpacific Software Pvt. LTd. Pursuant to Article 15 of the Hague Convention; Memorandum of Law in Support thereof and Declaration of Evan Hill-Ries in Support (with Exhibits). Defendants were served with the papers via first class mail on June 29, 2012 at the following addresses:

**Prashant Telang**
21, 2nd Floor
Aradhana, R K Patkar Co-op
Housing Society Ltd., Off Turn Road
Bandra West, Mumbai-400050 India

**TransPacificSoftware Pvt. Ltd.**
50/2386 Vijay Deep
Gandhi Nagar
Bandra East, Mumbai-400 051, India

Dated: June 29, 2012
Brooklyn, New York

Respectfully submitted,

Michelle C. Morris, Esq
Lewis & Lin, LLC
45 Main Street, Suite 818
Brooklyn, NY 11201
TEL: (718) 243-9323
FAX: (718) 243-9326
Email: Brett@iLawco.com
*Attorneys for Plaintiff*
WALTER ARNSTEIN, INC. d/b/a THE
NATURAL SAPPHIRE COMPANY,