USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 02 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Walter Arnstein, Inc., d/b/a The Natural Sapphire Company,
Plaintiff,

-v-

Transpacific Software Pvt. Ltd. and Prashant Telang,
Defendants.

11 Civ. 5079 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On March 20, 2012, Defendant Telang entered an appearance and submitted an answer in this case. On May 17, 2012, this Court ordered that the parties appear by telephone for an initial pretrial conference and ordered that they arrange to jointly call Chambers for such conference. On June 25, 2012, the Court reset the telephone conference to June 26, 2012 and again ordered that the parties arrange to jointly call Chambers for such conference.

On June 26, 2012, the Court held the telephonic conference. Mr. Brett Lewis and Mr. Evan Ries appeared on behalf of Plaintiff. No one appeared for either Defendant. Counsel for Plaintiff confirmed that they had provided Defendant Telang, via email, the necessary call-in information to participate in the telephonic conference. Counsel for Plaintiff stated that they sent the call-in information to an email address from which Defendant Telang has previously sent emails. Counsel represented that they consequently believe that Defendant Telang received the call-in information. Counsel for Plaintiff also stated that they have attempted to meet and confer with Defendant Telang regarding discovery, as required by Fed.R.Civ.P. 26(f), but that he has

not responded to their overtures.

In light of the forgoing, it is hereby ORDERED that on or before July 13, 2012, Defendant Telang submit a letter to the Court explaining his failure to appear for the June 26, 2012 telephone conference. Defendant Telang is directed to email his letter to the Court at nathannysdchambers@nysd.uscourts.gov. Defendant Telang is further directed to copy counsel for Plaintiff on this email.

IT IS FURTHER ORDERED that on or before July 13, 2012, Defendant Telang confer with counsel for Plaintiff regarding discovery. This should include a discussion of what documents and information each party is requesting and the setting of agreed-upon deadlines for providing said documents and information.

IT IS FURTHER ORDERED that on or before July 6, 2012, Plaintiff provide Defendant Telang with a copy of the transcript of the June 26, 2012 telephone conference.

IT IS FURTHER ORDERED that in light of Plaintiff's motion for an order declaring Plaintiff's service of process on Defendants Telang and Transpacific effective, which motion was filed June 29, 2012, Defendants may submit their respective responses thereto on or before July 20, 2012. Defendant Telang is reminded that he cannot respond on behalf of Defendant Transpacific; as a corporation, Defendant Transpacific may only appear via counsel. Defendants may submit their responses as attachments to emails sent to nathannysdchambers@nysd.uscourts.gov. Counsel for Plaintiff must be copied on all such emails.

Finally, the Court emphasizes that the failure to comply with court orders, including the failure to appear at scheduled conferences or to meet and confer with the other party, can result in sanctions. Pursuant to Rules 16(f), 37, and 55 of the Federal Rules of Civil Procedure, such

sanctions may include entry of judgment against the non-compliant party. *See, e.g., Ho v. Target Construction of NY, Corp.*, 2010 WL 22922202, *3 (E.D.N.Y. June 3, 2010); *Sony BMG Music Entertainment v. Thurmond*, 2009 WL 4110292, *2-3 (E.D.N.Y. Nov. 24, 2009).

SO ORDERED.

Dated: ~~June 29~~ July 2, 2012
New York, New York

ALISON J. NATHAN
United States District Judge

COPIES MAILED
TO ~~COUNSEL~~ OF RECORD ON JUL 02 2012
PRO SE PARTY