USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 0 1 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Walter Arnstein, Inc., d/b/a The Natural Sapphire Company,
Plaintiff,

-v-

Transpacific Software Pvt. Ltd. and Prashant Telang,
Defendants.

---

11 Civ. 5079 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court is in receipt of the attached letter jointly submitted by the parties. In light of the reported progress toward settlement, the Court hereby ORDERS that the parties participate in a telephone conference with the Court on **August 9, 2012** at **9:30 AM**. The parties are directed to arrange a conference call whereby they can jointly call Chambers for the conference.

SO ORDERED.

Dated: August 1, 2012
New York, New York

ALISON J. NATHAN
United States District Judge

COPIES MAILED
TO ~~COUNSEL~~ OF RECORD ON AUG 0 1 2012
Pro-Se Party

LEWIS & LIN LLC

45 Main Street, Suite 608
Brooklyn, NY 11201-8200
Tel: (718) 243-9323
Fax: (718) 243-9326
www.ilawco.com

July 11, 2012

Hon. Alison J. Nathan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Walter Arnstein, Inc. v. Transpacific Software PVT. Ltd. et al*, 1:11-cv-05079-AJN

Dear Judge Nathan:

We are writing on behalf of all parties in the above matter to inform the Court that the parties have agreed to a partial settlement. Specifically, the parties have agreed to settle all claims and counterclaims for money damages, but have not agreed on a settlement concerning Plaintiff's claims for injunctive relief. The settlement should put an end to the conduct complained of by the parties in their respective pleadings.

The settlement does not, however, address Plaintiff's claims for injunctive relief, namely the removal and de-indexing of negative reviews alleged by Plaintiff to have been posted by Defendants on various Web sites. Plaintiff still seeks an order from the Court that such reviews be removed and de-indexed. Although the parties were unable to agree upon the terms of a consent judgment, and Defendants do not wish to agree to such a judgment, Defendants have agreed not to oppose Plaintiff's efforts to seek an order of this Court. Neither party has admitted any wrongdoing.

Respectfully,

Brett E. Lewis
Lewis & Lin, LLC
45 Main Street, Suite 608
Brooklyn, NY 11201
Counsel for Plaintiff
*Walter Arnstein, Inc.*
Tel: 718.243.9323, ext.2
Fax: 718.243.9326

Prashant Telang
*Pro se*