USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 1 0 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Walter Arnstein, Inc., d/b/a The Natural Sapphire Company,
Plaintiff,

-v-

Transpacific Software Pvt. Ltd. and Prashant Telang,
Defendants.

11 Civ. 5079 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On August 9, 2012, the Court held a telephone conference to discuss case status with the parties. Counsel for Plaintiff appeared telephonically. No one on behalf of either Defendant appeared. As stated by the Court at the conference, Plaintiff has thirty (30) days from the date of this order to file any motions or to otherwise dismiss this action. Plaintiff is further ordered to obtain a transcript of the August 9, 2012 telephone conference and provide it to Defendants.

Defendants are once again admonished that failure to comply with Court orders, including appearing for conferences, may result in sanctions.

SO ORDERED.

Dated: August 10, 2012
New York, New York

ALISON J. NATHAN
United States District Judge

COPIES MAILED
TO ~~COUNSEL~~ OF RECORD ON AUG 1 0 2012
PRO SE PARTY