```
┌─────────────────────────┐
│ USDC SDNY               │
│ DOCUMENT                │
│ ELECTRONICALLY FILED    │
│ DOC #:_____ │
│ DATE FILED: 8/16/12     │
└─────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

WALTER ARNSTEIN, INC. d/b/a THE
NATURAL SAPPHIRE COMPANY, Plaintiff,

- against -

TRANSPACIFIC SOFTWARE PVT LTD,
and PRASHANT TELANG, Defendants.

----------------------------------------x

11 Civ. 5079 (AJN)

**CLERK'S CERTIFICATE**

I, RUBY J. KRAJICK, Clerk of the United States District Court for

the Southern District of New York, do hereby certify that this action commenced on

_OCTOBER 18, 2011_

with the filing of a summons and complaint, a copy of the summons and complaint was served

on defendant by serving _THE PRESIDENT OF TRANSPACIFIC SOFTWARE PVT LTD_

(STATE SPECIFICALLY HOW SERVICE WAS MADE ON DEFENDANT), and proof of

such service thereof was filed on _JUNE 29, 2012 (VIA THE DECLARATION OF EVAN HILL-RIES)_

I further certify that the docket entries indicate that the defendant has not filed an

answer or otherwise moved with respect to the complaint herein. The default of the defendant is

hereby noted.

Dated: New York, New York
       August 16, 2012

RUBY J. KRAJICK
Clerk of Court

By: _____
    Deputy Clerk

SDNY Web 5/2010