UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WALTER ARNSTEIN, INC. d/b/a THE NATURAL SAPPHIRE COMPANY,

Plaintiff,

v.

TRANSPACIFIC SOFTWARE PVT LTD, and PRASHANT TELANG,

Defendants.

Case No. 11 CV 5079 (AJN)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 04 2012

**ORDER TO SHOW CAUSE**
**FOR DEFAULT JUDGMENT**

Upon the consideration of the Amended Complaint, Dated October 18, 2011; and the Affidavit of Evan Hill-Ries ("Hill-Ries Affidavit") dated August 15, 2012, and the exhibits attached thereto; and

The Court having reviewed and considered the Amended Complaint, and the Hill-Ries Affidavit;

NOW, THEREFORE, IT IS HEREBY ORDERED that Defendant TransPacific Software Pvt. Ltd. ("TPS") show cause in writing, if any, it has, why a default judgment, pursuant to Federal Rule of Civil Procedure 55, should not be issued:

1. enjoining TPS, together with all of its officers, agents, servants, employees, representatives, attorneys and assigns, and all other persons, firms, or companies in active concert or participation with it from directly or indirectly posting negative reviews about the Plaintiff in this action, The

Natural Sapphire Company ("NSC"), online on Web sites, blogs, forums, in chat rooms, and otherwise;

2. ordering TPS to remove all such false reviews, including, but not limited to, the reviews listed below:

   i. http://www.scaminformer.com/scam-report/the-natural-sapphire-company-michael-arnstein-natural-c47046.html
   ii. http://www.scaminformer.com/scam-report/the-natural-sapphire-company-thenaturalsapphirecompany-com-c22150.html
   iii. http://www.scaminformer.com/scam-report/the-natural-sapphire-company-credit-card-info-is-unsafe-c38737.html
   iv. http://www.scaminformer.com/scam-report/the-natural-sapphire-company-walter-arnstein-caution-the-c56989.html
   v. http://www.scaminformer.com/scam-report/want-to-ruin-your-engagement-then-buy-from-new-york-based-the-natural-sapphire-company-fraud-company-c76063.html
   vi. http://the-natural-sapphire-company.pissedconsumer.com/the-natural-sapphire-company-credit-card-20110824257445.html
   vii. http://the-natural-sapphire-company.pissedconsumer.com/he-natural-sapphire-company-www-thenaturalsapphirecompany-com-are-fraudsters-20110514237589.html
   viii. http://the-natural-sapphire-company.pissedconsumer.com/the-natural-sapphire-company-tricks-consumers-by-pitching-their-

sapphires-as-investment-grade-in-re-20111028271158.html

ix. http://the-natural-sapphire-company.pissedconsumer.com/want-to-ruin-your-engagement-then-buy-from-new-york-based-the-natural-sapphire-company-20120224299768.html

x. http://the-natural-sapphire-company.pissedconsumer.com/want-to-up-your-engagement-buy-sapphire-engagement-ring-from-new-york-based-nsc-20120301301307.html

xi. http://www.ripoffreport.com/jewelers/the-natural-sapphire/the-natural-sapphire-company-w-2c541.htm

xii. http://www.ripoffreport.com/jewelry-stores/the-natural-sapphire/the-natural-sapphire-company-m-8b50f.htm

xiii. http://www.ripoffreport.com/jewelry-stores/the-natural-sapphire/the-natural-sapphire-company-n-6a662.htm

xiv. http://www.ripoffreport.com/jewelry-stores/the-natural-sapphire/the-natural-sapphire-company-ac56f.htm

xv. http://www.ripoffreport.com/jewelry-stores/the-natural-sapphire/the-natural-sapphire-company-ebe3b.htm

xvi. http://www.ripoffreport.com/jewelry-stores/the-natural-sapphire/the-natural-sapphire-company-w-e88f1.htm

xvii. http://www.ripoffreport.com/jewelry-stores/the-natural-sapphire/the-natural-sapphire-company-1b3fe.htm

xviii. http://www.badbusinessbureau.com/jewelry-stores/the-natural-sapphire/the-natural-sapphire-company-1f853.htm

xix. http://www.badbusinessbureau.com/jewelry-stores/the-natural-sapphire/the-natural-sapphire-company-1b3fe.htm

xx. http://creditcardforum.com/credit-card-fraud/2592-natural-sapphire-company-credit-card-not-masked.html

xxi. http://www.scampond.com/the-natural-sapphire-company-www.thenaturalsapphirecompany.com-are-fraudsters-/1233

xxii. http://www.scampond.com/?id=805&scam=The+Natural+sapphire+Company+Credit+card+confidentiality+issue

xxiii. http://www.complaintsboard.com/complaints/the-natural-sapphire-company-c492073.html

xxiv. http://www.complaintsboard.com/panel.php?action=groups&subaction=viewdiscussions&id=2936

xxv. http://www.complaintsboard.com/complaints/natural-blue-sapphire-for-engagement-ring-c495482.html

xxvi. http://www.complaintsboard.com/complaints/the-natural-sapphire-company-new-york-c559958.html

xxvii. http://www.complaintsboard.com/complaints/the-natural-sapphire-company-ny-new-york-c591544.html

xxviii. http://www.scamchasers.com/reviews/the-natural-sapphire-the-natural-sapphire-company-michael-arnstein-natural-c47046.html

xxix. http://www.shamscam.com/the-natural-sapphire-company-a2959.html

xxx. http://www.complaintnow.com/The-Natural-Sapphire-Company/complaint/complaints/thread/print/158127/169323

xxxi. http://www.reviewstalk.com/complaints-reviews/natural-blue-sapphire-for-engagement-ring-l13123.html

xxxii. http://www.chargebackforum.com/gl/credit-card-debt/12072-natural-sapphire-company-credit-card-not-masked.html

xxxiii. http://www.scam.com/showthread.php?t=141289

xxxiv. https://www.facebook.com/naturalsapphires

xxxv. https://plus.google.com/114346244658060191008/buzz

xxxvi. https://plus.google.com/113566895405250626510

xxxvii. https://plus.google.com/109856985025259285424

xxxviii. http://twitter.com/#!/buyingsapphire

xxxix. http://pinterest.com/civetapp/jewelry-web-sites-designs-by-transpacific/

xl. http://digg.com/naturalsapphire/

xli. http://SapphireEngagementRings.blogspot.com/

xlii. http://www.NaturalSapphireCompany.net/

xliii. http://blog.naturalsapphirecompany.net/

xliv. http://www.TheNaturalSapphireCompany.org/

xlv. http://sapphireengagementrings.blogspot.in/

xlvi. http://naturalsapphirerings.tumblr.com/

xlvii. http://ebay.naturalsapphirecompany.net/

xlviii. http://www.NaturalSapphireCompany.com

xlix. http://blip.tv/araja-south/the-natural-sapphire-company-credit-card-scam-behind-the-scene-expose-5863390

l. http://digg.com/news/lifestyle/the_natural_sapphire_company_credit_card_scam_behind_the_scene_expose

li. http://www.stupidvideos.com/video/science_technology/The_Natural_sapphire_Company_New_York__doctored_images-_behind_the_scene_expose/#390684

lii. http://www.myspace.com/video/580205264/the-natural-sapphire-company-behind-the-scene-story/108567395

liii. http://pinterest.com/transpacific/jewelry-web-sites-designs-by-transpacific/

liv. http://www.weddingwire.com/reviews/the-natural-sapphire-company-new-york/c07678d1409e38c9.html

3. enjoining TPS from assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in the above paragraphs (1) and (2);

4. granting such other and further preliminary relief as the Court may deem just and proper under the circumstances.

IT IS FURTHER ORDERED that the service of a copy of this Order, together with copies of the papers upon which it is granted, on the Defendant on or before 5:00

p.m. on September 11, 2012 shall be deemed good and sufficient service thereof. Answering papers, if any, are to be served on Plaintiff's counsel and provided to the Court on or before noon on October 2, 2012, and reply papers, if any, are to be served on Defendant or its counsel and provided to the Court on or before noon on October 16, 2012.

IT IS FURTHER ORDERED that a show cause hearing is scheduled before Judge Nathan, at 500 Pearl Street, New York, New York, Courtroom 17B, on October 26, 2012 at 10:15 AM.

DATED: New York, New York
September 4, 2012

U.S.D.J.

COPY Emailed
TO ProSe Party OF RECORD ON 9/4/12