USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 16 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

Walter Arnstein, Inc., d/b/a The Natural Sapphire Company,

Plaintiff,

-v-

Transpacific Software Pvt. Ltd. and Prashant Telang,

Defendants.

---------------------------------------------------------------------X

11 Civ. 5079 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

A show cause hearing in the above-captioned action is set for October 26, 2012 at 10:15 A.M. Counsel for Plaintiff is instructed to appear before the Court in Courtroom 17B of the United States District Court for the Southern District of New York, 500 Peal Street, New York, New York. Counsel for defendant Transpacific Software may appear in-person or by telephone. Should counsel for defendant Transpacific Software elect to appear by telephone, he or she is instructed to call the Court at 212-805-0142 promptly at 10:15 A.M.

SO ORDERED.

Dated: October 16, 2012
New York, New York

ALISON J. NATHAN
United States District Judge