UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: OCT 2 6 2012
```

WALTER ARNSTEIN, INC. d/b/a THE
NATURAL SAPPHIRE COMPANY,

                 Plaintiff,

v.

TRANSPACIFIC SOFTWARE PVT LTD,
and PRASHANT TELANG,

                 Defendants.

Case No. 11 CV 5079 (AJN)



~~PROPOSED~~ ORDER
FOR DEFAULT JUDGMENT

    This action, having commenced on July 22, 2011, by the filing of the Summons and Original Complaint, and the Amended Complaint having been filed on October 18, 2011, and a copy of the Summons and Amended Complaint having been personally served upon the President of Defendant TransPacific Software Pvt. Ltd. ("Defendant TPS") on March 1, 2012, and Defendant TPS not having the answered the Amended Complaint, and the time for answering the Amended Complaint having expired, it is:

    ORDERED, ADJUDGED AND DECREED: That the plaintiff Walter Arnstein, Inc. d/b/a The Natural Sapphire Company ("NSC") have judgment against Defendant TPS:

    1.    enjoining TPS, together with all of its officers, agents, servants, employees, representatives, attorneys and assigns, and all other persons, firms, or companies in active concert or participation with it from directly or

indirectly posting negative reviews about NSC, online on Web sites, blogs, forums, in chat rooms, and otherwise;

2. ordering TPS to remove all such false reviews, including, but not limited to, the reviews listed below:

  i. http://www.scaminformer.com/scam-report/the-natural-sapphire-company-michael-arnstein-natural-c47046.html

  ii. http://www.scaminformer.com/scam-report/the-natural-sapphire-company-thenaturalsapphirecompany-com-c22150.html

  iii. http://www.scaminformer.com/scam-report/the-natural-sapphire-company-credit-card-info-is-unsafe-c38737.html

  iv. http://www.scaminformer.com/scam-report/the-natural-sapphire-company-walter-arnstein-caution-the-c56989.html

  v. http://www.scaminformer.com/scam-report/want-to-ruin-your-engagement-then-buy-from-new-york-based-the-natural-sapphire-company-fraud-company-c76063.html

  vi. http://the-natural-sapphire-company.pissedconsumer.com/the-natural-sapphire-company-credit-card-20110824257445.html

  vii. http://the-natural-sapphire-company.pissedconsumer.com/he-natural-sapphire-company-www-thenaturalsapphirecompany-com-are-fraudsters-20110514237589.html

  viii. http://the-natural-sapphire-company.pissedconsumer.com/the-natural-sapphire-company-tricks-consumers-by-pitching-their-

        sapphires-as-investment-grade-in-re-20111028271158.html

ix.  http://the-natural-sapphire-company.pissedconsumer.com/want-to-ruin-your-engagement-then-buy-from-new-york-based-the-natural-sapphire-company-20120224299768.html

x.  http://the-natural-sapphire-company.pissedconsumer.com/want-to-up-your-engagement-buy-sapphire-engagement-ring-from-new-york-based-nsc-20120301301307.html

xi.  http://www.ripoffreport.com/jewelers/the-natural-sapphire/the-natural-sapphire-company-w-2c541.htm

xii.  http://www.ripoffreport.com/jewelry-stores/the-natural-sapphire/the-natural-sapphire-company-m-8b50f.htm

xiii.  http://www.ripoffreport.com/jewelry-stores/the-natural-sapphire/the-natural-sapphire-company-n-6a662.htm

xiv.  http://www.ripoffreport.com/jewelry-stores/the-natural-sapphire/the-natural-sapphire-company-ac56f.htm

xv.  http://www.ripoffreport.com/jewelry-stores/the-natural-sapphire/the-natural-sapphire-company-ebe3b.htm

xvi.  http://www.ripoffreport.com/jewelry-stores/the-natural-sapphire/the-natural-sapphire-company-w-e88f1.htm

xvii.  http://www.ripoffreport.com/jewelry-stores/the-natural-sapphire/the-natural-sapphire-company-1b3fe.htm

xviii.  http://www.badbusinessbureau.com/jewelry-stores/the-natural-sapphire/the-natural-sapphire-company-1f853.htm

xix.  http://www.badbusinessbureau.com/jewelry-stores/the-natural-sapphire/the-natural-sapphire-company-1b3fe.htm

xx.  http://creditcardforum.com/credit-card-fraud/2592-natural-sapphire-company-credit-card-not-masked.html

xxi.  http://www.scampond.com/the-natural-sapphire-company-www.thenaturalsapphirecompany.com-are-fraudsters-/1233

xxii.  http://www.scampond.com/?id=805&scam=The+Natural+sapphire+Company+Credit+card+confidentiality+issue

xxiii.  http://www.complaintsboard.com/complaints/the-natural-sapphire-company-c492073.html

xxiv.  http://www.complaintsboard.com/panel.php?action=groups&subaction=viewdiscussions&id=2936

xxv.  http://www.complaintsboard.com/complaints/natural-blue-sapphire-for-engagement-ring-c495482.html

xxvi.  http://www.complaintsboard.com/complaints/the-natural-sapphire-company-new-york-c559958.html

xxvii.  http://www.complaintsboard.com/complaints/the-natural-sapphire-company-ny-new-york-c591544.html

xxviii.  http://www.scamchasers.com/reviews/the-natural-sapphire-the-natural-sapphire-company-michael-arnstein-natural-c47046.html

xxix. http://www.shamscam.com/the-natural-sapphire-company-a2959.html

xxx. http://www.complaintnow.com/The-Natural-Sapphire-Company/complaint/complaints/thread/print/158127/169323

xxxi. http://www.reviewstalk.com/complaints-reviews/natural-blue-sapphire-for-engagement-ring-l13123.html

xxxii. http://www.chargebackforum.com/gl/credit-card-debt/12072-natural-sapphire-company-credit-card-not-masked.html

xxxiii. http://www.scam.com/showthread.php?t=141289

xxxiv. https://www.facebook.com/naturalsapphires

xxxv. https://plus.google.com/114346244658060191008/buzz

xxxvi. https://plus.google.com/113566895405250626510

xxxvii. https://plus.google.com/109856985025259285424

xxxviii. http://twitter.com/#!/buyingsapphire

xxxix. http://pinterest.com/civetapp/jewelry-web-sites-designs-by-transpacific/

xl. http://digg.com/naturalsapphire/

xli. http://SapphireEngagementRings.blogspot.com/

xlii. http://www.NaturalSapphireCompany.net/

xliii. http://blog.naturalsapphirecompany.net/

xliv. http://www.TheNaturalSapphireCompany.org/

xlv. http://sapphireengagementrings.blogspot.in/

xlvi. http://naturalsapphirerings.tumblr.com/

      xlvii.    http://ebay.naturalsapphirecompany.net/

      xlviii.    http://www.NaturalSapphireCompany.com

      xlix.    http://blip.tv/araja-south/the-natural-sapphire-company-credit-card-scam-behind-the-scene-expose-5863390

      l.    http://digg.com/news/lifestyle/the_natural_sapphire_company_credit_card_scam_behind_the_scene_expose

      li.    http://www.stupidvideos.com/video/science_technology/The_Natural_sapphire_Company_New_York__doctored_images-_behind_the_scene_expose/#390684

      lii.    http://www.myspace.com/video/580205264/the-natural-sapphire-company-behind-the-scene-story/108567395

      liii.    http://pinterest.com/transpacific/jewelry-web-sites-designs-by-transpacific/

      liv.    http://www.weddingwire.com/reviews/the-natural-sapphire-company-new-york/c07678d1409e38c9.html

3.    enjoining TPS from assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in the above paragraphs (1) and (2);

4.    granting such other and further relief as the Court may deem just and proper under the circumstances.

Case 1:11-cv-05079-AJN   Document 38   Filed 10/26/12   Page 7 of 7

DATED:     New York, New York
           ~~August~~ , 2012
           Oct 26,

_____
U.S.D.J.

This document was entered on the docket on _____.

COPIES ~~MAILED~~ E-MAILED
TO PRO-SE PARTY ON OCT 2 6 2012