USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 0 9 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X

Walter Arnstein, Inc., d/b/a The Natural Sapphire Company,
Plaintiff,

-v-

Transpacific Software Pvt. Ltd. and Prashant Telang,
Defendants.

--------------------------------------------------------------------X

11 Civ. 5079 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

An order for default judgment having been entered against Defendant Transpacific, and it having been reported to this Court that this case has been settled by and between Plaintiff and Defendant Telang, it is hereby ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days. Within this thirty day period, the parties may submit to the Court their own Stipulation of Dismissal for the Court to So Order.

The Clerk of the Court is directed to terminate this action.

SO ORDERED.

Dated: November 9, 2012
New York, New York

ALISON J. NATHAN
United States District Judge

COPIES ~~MAILED~~ E-mailed
TO PRO-SE Party ON 11/9/12